UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD SAMSON,

    Plaintiff,

v().                                     Case No: 2:18-cv-274-FtM-99CM

CITY OF NAPLES,

    Defendant.

## ORDER

This matter comes before the Court upon review of the Unopposed Motion to Reschedule the Preliminary Pretrial Conference ("PPTC") filed on June 13, 2018. Doc. 17. On May 22, 2018, the Court set a PPTC for July 11, 2018, and the parties filed their Case Management Report on June 13, 2018. Docs. 12, 16. Plaintiff seeks to reschedule the PPTC for the week of August 6, 2018 due to Plaintiff's counsel's trial schedule. Doc. 17 at 1-2. Defendant City of Naples does not oppose the relief sought. *Id.* at 2.

For good cause shown and because the motion is unopposed, the Court will grant the motion and reschedule the PPTC. The Court also finds good cause to delay issuance of a Case Management and Scheduling Order. *See* Fed. R. Civ. P. 16(b)(2). Despite the delay, the parties should move forward with discovery based on the proposed schedule in their Case Management Report as permitted by the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 26(d); Doc. 16.

ACCORDINGLY, it is

**ORDERED:**

1. Unopposed Motion to Reschedule the Preliminary Pretrial Conference (Doc. 17) is **GRANTED**.

2. The PPTC scheduled for July 11, 2018 is **CANCELLED**. A Notice rescheduling a PPTC will be issued separately.

**DONE** and **ORDERED** in Fort Myers, Florida on this 18th day of June, 2018.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record