UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD SAMSON,

    Plaintiff,

v.                                  Case No: 2:18-cv-274-FtM-99CM

CITY OF NAPLES,

    Defendant.

## ORDER

This matter comes before the Court upon review of the Unopposed Motion for an Extension of Pre-Trial Deadlines filed on November 20, 2018. Doc. 28. Plaintiff Richard Samson seeks to extend the discovery and dispositive motion deadlines in the Case Management and Scheduling Order ("CMSO"). *Id.*; *see also* Doc. 23. Defendant the City of Naples does not oppose the requested relief. Doc. 28 at 2. For the reasons stated herein, the Court will grant the requested extensions and *sua sponte* extend the remaining deadlines.

Rule 16 of the Federal Rules of Civil Procedure requires a showing of good cause for modification of a court's scheduling order. Fed. R. Civ. P. 16(b)(4). "This good cause standard precludes modification unless the schedule cannot be met despite the diligence of the party seeking the extension." *Sosa v. Airprint Sys., Inc.*, 133 F. 3d 1417, 1418 (11th Cir. 1998) (internal quotations and citations omitted). District courts have broad discretion when managing their cases, including discovery

and scheduling. *Johnson v. Bd. Of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001).

Here, Plaintiff seeks to extend the November 30, 2018 discovery deadline and the January 31, 2019[1] dispositive motion deadline by two (2) months. Doc. 28 at 1-2. Plaintiff asserts the extensions are necessary to conduct the depositions of three-to-four more witnesses, one of which no longer works for the City of Naples and has since re-located. *Id.* at 2. The Court finds good cause to extend the deadlines as requested. To allow sufficient time for judicial resolution of the parties' future dispositive motions, however, the Court also *sua sponte* will extend the remaining deadlines in this case.

ACCORDINGLY, it is

**ORDERED:**

1. The Unopposed Motion for an Extension of Pre-Trial Deadlines (Doc. 28) is **GRANTED**.

2. An amended case management and scheduling order will be issued by separate Order.

---

[1] Plaintiff's motion lists the dispositive motion deadline as January 21, 2019, but the CMSO indicates the dispositive motion deadline is January 31, 2019. *See* Doc. 28 at 1; *see also* Doc. 23 at 1.

**DONE** and **ORDERED** in Fort Myers, Florida on this 27th day of November, 2018.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record