UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD SAMSON,

    Plaintiff,

v.                                                      Case No.: 2:18-cv-274-FtM-38NPM

CITY OF NAPLES,

    Defendant.
_____/

## ORDER

This matter is before the Court on *sua sponte* review of the file. This case is set for the November 2019 trial term. Because of the Court's calendar and per its authority to manage its civil case docket, however, the Court must reschedule trial to the February 2020 term.

Accordingly, it is

**ORDERED:**

The Clerk is **DIRECTED** to reschedule this case for the February 2020 trial term with a January 24, 2020 final pretrial conference at 9:30 a.m. before the undersigned.

**DONE** and **ORDERED** in Fort Myers, Florida this 7th day of October 2019.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record